# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| CHARLES MCCRAY,<br>Reg. # 29144-179<br><br>           Plaintiff,<br>v.<br><br>T. C. OUTLAW, Warden, Federal<br>Correctional Institution, Forrest<br>City, Arkansas, *et al.*,<br><br>           Defendants. | *<br>*<br>*<br>*<br>*<br>*    No. 2:10-cv-00095-SWW-JJV<br>*<br>*<br>*<br>*<br>* |

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS THEREFORE ORDERED that Defendant Smith is DISMISSED from this action, for Plaintiff's failure to state a claim upon which relief may be granted.

DATED this 9th day of December, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE