IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES MCCRAY, | * | |
| REG. #29144-179 | * | |
|     Plaintiff, | * | |
| v. | * | |
| | * | |
| T. C. OUTLAW, Warden, Federal | * | No. 2:10-cv-00095-SWW-JJV |
| Correctional Institution, Forrest | * | |
| City, Arkansas; *et al.,* | * | |
| | * | |
|     Defendants. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Dismiss and for Summary Judgment (Doc. No. 28), is GRANTED.

2. Plaintiff's Complaint against Defendants is DISMISSED with prejudice.

3. All other pending motions are DENIED as moot.

DATED this 21st day of April, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE