## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES MCCRAY, | * | |
| REG. #29144-179 | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| T. C. OUTLAW, Warden, Federal | * | No. 2:10-cv-00095-SWW-JJV |
| Correctional Institution, Forrest City, | * | |
| Arkansas; *et al.,* | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

DATED this 21st day of April, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE